No. 97–6724. CEDILLO *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–6729. HUGHES *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–6738. MCDERMOTT *v.* KANSAS ASSOCIATES, INC. Ct. Sp. App. Md. Certiorari denied.

No. 97–6743. LASLEY *v.* GEORGETOWN UNIVERSITY. C. A. D. C. Cir. Certiorari denied.

No. 97–6752. BANNAN *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 97–6754. ROWKOSKY *v.* LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 97–6759. SULLIVAN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 97–6804. NAVARRO-DUARTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6805. MITCHELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6814. BURGESS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6818. WOERNER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–6819. WOODRUFF *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 97–6824. GREAVES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6825. ESCOTTO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.